IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **NELSON EARL MITCHELL,** : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | No. 5:13-CV-32 (CAR) |
| **DR. JOSEPH FOWLKES, et al.,** : | |
| Defendants. : | |
| _____ : | |

## ORDER ON THE RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

Before the Court is the Order and Recommendation of the United States Magistrate Judge [Doc. 32] to deny Plaintiff's second Motion for Preliminary Injunction [Doc. 24]. Plaintiff has not entered an objection to the Recommendation, and the time in which to do so has expired. Upon review of the Recommendation and Plaintiff's Motion, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation [Doc. 32] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**, and Plaintiff's Motion for Preliminary Injunction [Doc. 24] is **DENIED**.

**SO ORDERED,** this 20th day of August, 2013.

<u>S/ C. Ashley Royal</u>
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH